UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
In re:

                                                  Case No: 1-24-41566-jmm

Prime Development Inc

                                                  Chapter 11

                  Debtor.
-------------------------------------X

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO CONFIRM PLAN OF REORGANIZATION AND TO OBTAIN APPROVAL OF DISCLOSURE STATEMENT PURSUANT TO 11 U.S.C. § 1121(e)**

Upon the Motion dated March 17, 2026 [Docket # 80] of the Debtor, Prime Development Inc.,
to extend time to confirm a Chapter 11 Small Business plan of reorganization and to obtain approval
Chapter 11 Small Business disclosure statement in this Chapter 11 case, pursuant to 11 U.S.C. §
1121(e), and upon the hearing held before this Court on April 14, 2026, to consider the Motion; and
good and sufficient notice of the Motion and the hearing having been provided; and objections, if any,
having been overruled, withdrawn or resolved, and good cause appearing therefor,  it is hereby

**ORDERED**, that pursuant to 11 U.S.C. § 1121(e) the Motion is granted to the extent set forth
in the order; and it is further

**ORDERED**, that the time to confirm a Chapter 11 Plan of reorganization and to obtain
approval of Chapter 11 Small Business Disclosure Statement shall be extended though and including
**July 15, 2026;** and it is further

**ORDERED**, that the terms and conditions of this Order shall be immediately effective and
enforceable upon its entry; and it is further

**ORDERED** that this Court may retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.



Dated: April 20, 2026
      Brooklyn, New York

Jil Mazer-Marino
Chief United States Bankruptcy Judge